# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| YAZMIN GONZALEZ, § | |
| § | |
| Plaintiff, § | |
| § | EP-23-CV-00326-FM |
| v. § | |
| § | |
| FIRST UNION LENDING, LLC, a § | |
| Florida Limited Liability Company, § | |
| § | |
| Defendant. | |

## FINAL JUDGMENT AND DISMISSAL

Before the court is "Stipulation for Dismissal" [ECF No. 15], filed April 1, 2024, by the parties jointly. A plaintiff may voluntarily dismiss an action without a court order by filing "a stipulation of dismissal signed by all parties who have appeared," the effect of which is dismissal without prejudice unless the stipulation states otherwise.[1] The record reflects that the stipulation was signed by all parties. Accordingly:

1. It is **HEREBY ORDERED** that this cause is **DISMISSED WITH PREJUDICE**.

2. It is **FURTHER ORDERED** that all costs of court be taxed against the party incurring the same.

3. All pending motions, if any, are **DENIED AS MOOT**.

4. The Clerk of Court is **INSTRUCTED** to **CLOSE** this cause.

**SIGNED AND ENTERED** this **2nd** day of **April 2024.**

_____
**FRANK MONTALVO**
**SENIOR UNITED STATES DISTRICT JUDGE**

---

[1] FED. R. CIV. P. 41(a)(1)(A)(ii).